Nos. 2009–1014, 2009–1038.

United States Court of Appeals, Federal Circuit.

July 30, 2009.

---

**Ronald PARKS, Petitioner,**

v.

**OFFICE OF PERSONNEL MANAGEMENT, Respondent.**

No. 2009–3204.

United States Court of Appeals, Federal Circuit.

July 30, 2009.

Pamela Cross, Finders Keepers, North Little Rock, AR, for Petitioner.

### ORDER

Petitioner having filed the required Statement Concerning Discrimination,

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The court's July 24, 2009, —— Fed. Appx. ——, 2009 WL 5607070, dismissal order is vacated, the mandate is recalled, and the petition for review is reinstated.

(2) Respondent's brief is due on or before August 20, 2009.